■ INEZ CRUZ, as Administratrix of the Estate of DIOMICIO CRUZ, Deceased, Appellant, v. SECOND PARK WEST GARAGE INC., Respondent, et al., Defendants. — Judgment unanimously affirmed, with costs. No opinion. Concur — Peck. P. J., Breitel, Botein, Valente and Bergan, JJ.

■ In the Matter of TELESFORO VELEZ, Doing Business as VELEZ AUTO DRIVING SCHOOL, Petitioner, against JOSEPH P. KELLY, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent and the petition dismissed. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ SAINT PAUL FIRE & MARINE INSURANCE COMPANY, Respondent, v. ALEXANDER LEVINE, Doing Business as A. A. LEXINGTON MOVING & STORAGE Co., Appellant.— We are unable to agree with the determination of the learned Trial Justice that the terms of the original agreement for shipment and storage of the property of plaintiff's subrogor did not apply to the storage of the rugs which are the subject of this litigation. There was a single agreement covering both shipping and storage, including the rugs in question, and we are obliged to hold that the limitation of liability contained in that contract applied to the storage of the rugs. The limitation is so clear in applying to loss of goods while in the defendant's " care," including the period that the goods are in a " warehouse awaiting * * * delivery", that there is no basis for holding that the provisions for limited liability did not cover the loss in this case. Judgment unanimously reversed, with costs to the appellant, and the matter remitted for assessment of damages in accordance with the above memorandum. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ TERRY CONTRACTING, INC., Respondent, v. COMMERCIAL INSURANCE COMPANY OF NEWARK, NEW JERSEY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ. [See *post,* p. 702.]

■ MARTHA MITCHELL, Respondent, v. EDMUND O. AUSTIN, SR., Appellant.— Judgment unanimously reversed and a new trial ordered as to the first cause of action, unless plaintiff stipulates to reduce the verdict to $390, in which event the judgment is modified accordingly, and further modified by reducing counsel fee to $250 on the third cause of action, and, as so modified, the judgment is affirmed. The finding of willful overcharge is not supported by the record and is not justified. The fixation of counsel fee was left to the court, and the amount now fixed is warranted by the record. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ In the Matter of the Probate of the Will of HANNAH EPSTEIN, Deceased. REBECCA SACKS et al., Appellants; STELLA E. GROSSMAN, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Valente and Bergan, JJ. [See 2 A D 2d 850.]